PEOPLE V LANING, No. 90990; Court of Appeals No. 120492.

PEOPLE V LOVETT, No. 90991; Court of Appeals No. 118422.

PEOPLE V COLEMAN, No. 90993; Court of Appeals No. 116095.

LEHMAN INVESTMENT COMPANY V HADDAD,. No. 90994; Court of Appeals No. 134130.

PEOPLE V SHANES, No. 90995; Court of Appeals No. 130355.

PEOPLE V GOLIDY, No. 90997; Court of Appeals No. 134349.

PEOPLE V CURRY, No. 91005; Court of Appeals No. 118753.

PEOPLE V PARKHURST, No. 91006; Court of Appeals No. 131392.

PEOPLE V RODNEY THOMAS, No. 91007; Court of Appeals No. 120513.

BARRICK V CLEVELAND, COLUMBUS, CINCINNATI HIGHWAY, INC, No. 91011; Court of Appeals No. 132303.

MILLER V MAPLE LAWN MEDICAL CARE FACILITY, No. 91012; Court of Appeals No. 133209.

PHILLIPS V AUTO CLUB INSURANCE ASSOCIATION, No. 91013; Court of Appeals No. 120895.

PEOPLE V FLETCHER, No. 91015; Court of Appeals No. 121088.

CHAVIS V GENESEE COUNTY JAIL, No. 91018; Court of Appeals No. 134817.

HIATT V ACCUPAC, No. 91020; Court of Appeals No. 133206.

PEOPLE V ROOD, No. 91026; Court of Appeals No. 119256.

MOSS V GENERAL MOTORS CORPORATION, No. 91028; Court of Appeals No. 132530.

LYLE V DEPARTMENT OF CORRECTIONS, No. 91039; Court of Appeals No. 133461.

PEOPLE V RATLIFF, No. 91043; Court of Appeals No. 133958.

In re FISHER ESTATE (FISHER V SILVER), No. 91045; Court of Appeals No. 114002. Reconsideration denied November 25, 1991.

PEOPLE V WASHINGTON, No. 91047; Court of Appeals No. 123724.

PEOPLE V GUINN, No. 91048; Court of Appeals No. 130783.

PEOPLE V RICHARDSON, No. 91049; Court of Appeals No. 100352.

PEOPLE V SERRA, No. 91051; Court of Appeals No. 120883.

PEOPLE V ERNESTO JONES, No. 91052; Court of Appeals No. 129288.

PEOPLE V ZDROJEWSKI, No. 91053; Court of Appeals No. 127865.